UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs.<br><br>Hector Miguel Perez Rodriguez<br><br>Defendant(s) | CRIMINAL NO. 08mj8453<br><br>ORDER<br><br>Remanding ~~RELEASING~~ MATERIAL WITNESS<br>to USMS custody<br><br>Booking No. |

On order of the United States District/Magistrate Judge,   **PETER C. LEWIS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be remanded back to USMS   Exonerated  ~~released from~~ custody: (Bond ~~Posted / Case Disposed / Order of Court~~).

Jose Luis Cortez Perez

DATED: 6-17-08

**PETER C. LEWIS**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____   OR
         DUSM

W. SAMUEL HAMRICK, JR.   Clerk

by _J. Flores_
Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082