UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

RECEIVED

2008 JUN 19 P 4: 29

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. 08CR2075-W |
| Plaintiff ) | 08mj8453 |
| ) | ORDER |
| vs. ) | |
| Miguel Rodriguez-Rodriguez ) | RELEASING MATERIAL WITNESS |
| ) | Booking No. |
| Defendant(s) ) | |

On order of the United States District/Magistrate Judge,   **PETER C. LEWIS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

P.R.R.
PLACIDO RAMIREZ-RUIZ
@ JVHLL · 70033-208

DATED: 6/19/08

**PETER C. LEWIS**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
              DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by J. Flores
              Deputy Clerk